UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:10-cr-46 |
| v. | ) | |
| | ) | MATTICE / LEE |
| JODY BURGANS | ) | |
| | ) | |

# **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the three-count
Indictment; (2) accept Defendant's plea of guilty to the charge in Count One; (3) adjudicate
Defendant guilty of the charge in Count One; (4) defer a decision on whether to accept the plea
agreement until sentencing; and (5) Defendant has been released on bond under appropriate
conditions of release pending sentencing in this matter without objection [Doc. 43].  Neither party
filed a timely objection to the report and recommendation.  After reviewing the record, the Court
agrees with the magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS**
and **ADOPTS** the magistrate judge's report and recommendation [Doc. 43] pursuant to 28 U.S.C.
§ 636(b)(1) and **ORDERS** as follows:

(1)      Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

         is **GRANTED**;

(2)      Defendant's plea of guilty to the charge in Count One is **ACCEPTED**;

(3)      Defendant is hereby **ADJUDGED** guilty of the charge in Count One;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter without objection which is scheduled to take place on **Monday, September 13, 2010 at 9:00 a.m.** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                      */s/Harry S. Mattice, Jr.*
                      HARRY S. MATTICE, JR.
                  UNITED STATES DISTRICT JUDGE